· Fourth District—October, 1913. 557

St. Louis Wholesale Clothing & Mfg. Co. v. Lonie, 183 Ill. App. 557.

## St. Louis Wholesale Clothing & Manufacturing Company, Appellee, v. Joseph Lonie, Appellant.

### (Not to be reported in full.)

Appeal from the City Court of Alton; the Hon. James E. Dunnegan, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

A. Rosenberg, trading as the St. Louis Wholesale Clothing & Manufacturing Company, obtained a judgment against Joseph Lonie, instituted garnishment proceedings and obtained a judgment therein. From the latter judgment, Joseph Lonie appeals.

John J. Brenholt, for appellant.

J. V. E. Marsh, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

### Abstract of the Decision.

Bankruptcy, § 71*—*when failure to schedule debt not a defense.* Abraham Rosenberg obtained a judgment against a debtor for $29.60 and instituted garnishment proceedings, wherein it appeared the debtor had scheduled in prior bankruptcy proceedings a debt due "Nathan Rosenberg, judgment $35." Plaintiff testified that he had no notice of the bankruptcy proceedings and that his son Nathan was not a manager of his business. The son corroborated this evidence and also testified he had not received a copy of the notice of the bankruptcy proceedings. The debtor testified his creditor had notice of the proceedings from a conversation. *Held,* a finding that the debt had not been scheduled, that the creditor had no notice or knowledge of the proceedings and that the discharge in bankruptcy was no protection, would be sustained.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.